UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-34090 |
| Michael Losito | ) | |
| Cathy Losito | ) | Chapter:  13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING RETENTION OF FUNDS

THIS MATTER coming to be heard on Debtors' Motion to Authorize Retention of Funds, this Court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED:

1. The motion is granted;

2. The Debtors are authorized to retain $2,245.38 in insurance proceeds.

Enter:    *Jacqueline P. Cox*
J.P. Cox

Dated:  MAR - 6 2017

United States Bankruptcy Judge

**Prepared by:**
Kyle Dallmann
Geraci Law, L.L.C.
55 E. Monroe St., Suite 3400
Chicago, IL 60603

Rev: 20151029_bko